1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7

THE PLATINUM UNIT-OWNERS'    )
ASSOCIATION,                )

8
                            )        Case No. 2:14-cv-01076-GMN-GWF
          Plaintiff,        )

9
                            )        **ORDER**
vs.                         )

10
                            )
RESIDENTIAL CONSTRUCTORS, LLC, )

11
                            )
          Defendant.        )

12
_____ )

13
14          This matter is before the Court on the parties' failure to file a proposed Stipulated

15  Discovery Plan and Scheduling Order.  Counsel for Defendant removed this matter to federal court

16  on July 1, 2014.   Defendant filed a Motion to Dismiss (#4) on July 2, 2014.  Pursuant to LR 26-1,

17  the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days

18  after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory

19  stipulated discovery plan and scheduling order.  To date, the parties have not complied.

    Accordingly,

20
21          **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

22  Scheduling Order not later than **September 8, 2014** in compliance with the provisions of LR 26-1

    of the Rules of Practice of the United States District Court for the District of Nevada.

23
24          DATED this 28th day of August, 2014.

25
26                                              _____
                                                GEORGE FOLEY, JR.

27                                              United States Magistrate Judge

28