# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE PLATINUM UNIT-OWNERS' ASSOCIATION, | ) ) ) | Case No. 2:14-cv-01076-GMN-GWF |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| RESIDENTIAL CONSTRUCTORS, LLC, | ) ) | |
| Defendant. | ) ) ) | |

This matter is before the Court on the parties' Proposed Joint Discovery Plan and Scheduling Order (#21), filed on September 8, 2014.  The parties propose that discovery in this case be held in abeyance until the disposition of Defendant's motion to dismiss, Plaintiff's motion to remand and Plaintiff's motion for leave to file an amended complaint.  Stays of discovery are not automatically granted due to the pendency of potentially dispositive motions.  The parties have failed to set forth reasons showing good cause for the stay of discovery.  Accordingly,

**IT IS HEREBY ORDERED** that the parties' Proposed Joint Discovery Plan and Scheduling Order (#21) is **denied**.

**IT IS FURTHER ORDERED** that on or before September 18, 2014, the parties shall either file a proposed discovery plan and scheduling order that provides for the timely commencement and completion of discovery, or the parties shall file a joint motion for stay of discovery demonstrating good cause why discovery in this action should be stayed.

DATED this 12th day of September 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge